

# Fourth Court of Appeals
## San Antonio, Texas

January 11, 2019

No. 04-18-00739-CV

**IN THE INTEREST OF T.S.C., A CHILD,**

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-PA-00266
Honorable Richard Garcia, Judge Presiding

# O R D E R

    The State's brief was due on January 7, 2019. *See* TEX. R. APP. P. 38.6(b). On the due date, the State filed a first motion for a twenty-day extension of time to file its brief.

    The State's motion is GRANTED. The State's brief is due on January 28, 2019.

_____
Patricia O. Alvarez, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of January, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court